In the Matter of the Claim of STEPHEN NOWICKI.

FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Appellant; Electrolux Corporation, Respondent.

Argued June 8, 1942; decided July 29, 1942.

*John J. Bennett, Jr., Attorney-General (Henry Epstein, W. Gerard Ryan* and *Francis R. Curran* of counsel), for appellant.

*Harold L. Smith, William K. Dupre, Richard W. Hogue, Jr.,* and *A. Ross Jones* for respondent.

Order of Appellate Division reversed and decision of the Unemployment Insurance Appeal Board confirmed, without costs. No opinion. (See *Matter of Electrolux Corp.*, 288 N. Y. 440.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.